


**MEMO ENDORSED**

Phone:   (212) 885-5149
Fax:     (917) 332-3720
Email:   JHarwood@BlankRome.com

March 19, 2008

Hon. Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 650
New York, NY 10007

Re:   India Steamship Company Limited v. Kobil Petroleum Limited
      08 CV 1290 (RMB)
      Our Ref. No.: 600629-00601

Dear Judge Berman:

We are attorneys for the captioned Plaintiff. On or about March 10, 2008 we attached and provided Kobil Petroleum Ltd. with the Rule 4(f) notice of the attachment. Plaintiff is now fully secured in the sum of $1,653,168. The underlying dispute is subject to London arbitration. Subject to Defendant Kobil seeking relief in respect to the attachment, we respectfully request that the matter be placed on the Court's suspense docket pending the outcome of the arbitration and the necessity for proceeding to enforce any award in this Court. Also, we will submit a form of order for transfer of the attached sums into the Court's Registry so as to be able to earn interest, in due course.

Respectfully submitted,

Jeremy J.O. Harwood

JJH:rk
cc:  Kobil Petroleum Ltd. (by FedEx)
     P.O. Box 30322
     Nairobi, Kenya

Handwritten endorsement:
*Make sure you send notice to Def's counsel + CEO (by name) + Plees provide a status report of London Proceedings by 9/2/08. I'm not sure of this time re: "suspense" calendar... perhaps later.*
SO ORDERED:
Date: 3/24/08
Richard M. Berman, U.S.D.J.