CARDILLO & CORBETT
Attorneys for Defendant
KOBIL PETROLEUM LIMITED
29 Broadway, Suite 1710
New York, New York 10018
Tel. No. 212-344-0464

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
INDIA STEAMSHIP COMPANY LIMITED,    :

                                  Plaintiff,    :    ECF

      -against-    :    08 Civ. 1290 (RMB)

KOBIL PETROLEUM LIMITED,    :

                                Defendant,    :
-----------------------------------------------------------------x

## GENERAL APPEARANCE

Defendant Kobil Petroleum Limited, through its undersigned attorye, hereby enters its appearance in this action for all purposes. I certify that I am admitted to practice in this Court.

Dated: April 17, 2008

                                              CARDILLO & CORBETT
                                              Attorneys for Defendant
                                              KOBIL PETROLEUM LIMITED

                                              By: _____
                                              Francis H. McNamara (FM4649)
                                              29 Broadway, Suite 1710
                                              New York, New York 10018
                                              Tel. No. 212-344-0464