

Phone:   (212) 885-5149
Fax:     (917) 332-3720
Email:   JHarwood@BlankRome.com

June 11, 2008

**BY HAND**

Hon. Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 650
New York, NY 10007

    Re:   India Steamship Company Limited v. Kobil Petroleum Limited
           08 CV 1290 (RMB)
           Our Ref. No.: 600629-00601

Dear Judge Berman:

    We are counsel for the Rule B plaintiff in this matter. We understand from our client's London solicitors that the parties have yet to agree on the composition of the London arbitral tribunal. We will advise the Court of any substantive developments.

                            Respectfully submitted,

                            Jeremy J.O. Harwood

JJH:rk
cc:   Francis McNamara (By Fax)
      (counsel for Defendant)

> Pl to advise the court
> of status in writing
> @ 30 days -- This
> can't go on too long.
>
> SO ORDERED:
> Date: 6/16/08   Richard M. Berman
>                 Richard M. Berman, U.S.D.J.

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

600629.00601/6645911v.1

Delaware • Florida • New Jersey • New York • Ohio • Pennsylvania • Washington, DC • Hong Kong