USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/15/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
INDIA STEAMSHIP COMPANY LIMITED,

                              Plaintiff,

- against -

KOBIL PETROLEUM LIMITED,

                              Defendant.
-----------------------------------------------------------x

08 Civ. 1290 (RMB)

**ORDER OF DISCONTINUANCE**

       Based upon the Court's Order, dated July 14, 2008, dismissing the above-entitled action without prejudice, the Clerk is respectfully requested to close this case.

**SO ORDERED**.

Dated: New York, New York
         July 15, 2008

_____
**Richard M. Berman, U.S.D.J.**

1